UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| TIMOTHY HOPEWELL, Individually and as Administrator of the Estate of Pamela Hopewell )<br><br>PLAINTIFFS )<br><br>v. )<br><br>CONDOR TRANS INC. and DIMITRII CEBANAS )<br><br>DEFENDANTS ) | Case No. 3:21-cv-000579-GNS-LLK |

**AGREED ORDER**

By agreement of the parties, and the Court being otherwise sufficiently advised;

IT IS ORDERED AND ADJUDGED that all claims asserted in this action are DISMISSED WITH PREJUDICE, with the parties to be responsible for their own costs. The dismissal of these claims resolves the entire case. This action may be removed from the Court's docket.

Greg N. Stivers, Chief Judge
United States District Court

April 12, 2022

TENDERED BY:

/s/ Stephen J. Mattingly
Stephen J. Mattingly
Matthew D. Kannady
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2300
Fax (502) 585-2207
stephen.mattingly@dinsmore.com
matthew.kannady@dinsmore.com
*Counsel for Defendants*

1

HAVE SEEN AND AGREED:

/s/ Jonathan B. Hollan (with permission)
Sam Aguiar
Jonathan B. Hollan
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY 40299
sam@kylawoffice.com
jhollan@kylawoffice.com
*Counsel for The Estate of Pamela Hopewell*


/s/ Brian Brownfield (with permission)
Brian Brownfield
Brownfield Dufour, PLLC
607 West Main Street, Suite 301
Louisville, KY 40202
brian@bdlawky.com
*Counsel for Timothy Hopewell, Individually*


11220591_1.docx